No. 01–8189. MACARENA-ROBLES v. UNITED STATES; ALVAREZ-LUNZ v. UNITED STATES; BRIONES-MACIAS v. UNITED STATES; CAMPOS-SEGURA v. UNITED STATES; DIAZ-ANGELES v. UNITED STATES; LOPEZ-ACOSTA v. UNITED STATES; LOPEZ-GONZALEZ v. UNITED STATES; MEDINA-MENDOZA, AKA MEN-

No. 01–8190. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.